# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                  **PLAINTIFF**

V.                    **CASE NO. 3:15-CV-00174 DPM/BD**

**JOEY MARTIN**                                                              **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Background:**

On June 18, 2015, Plaintiff Nicholas Cortez Addison, an inmate in the Poinsett County Detention Center, filed this action pro se under 42 U.S.C. § 1983, alleging that Defendant Martin violated his constitutional rights. (Docket entry #2) Because of his litigation history, Mr. Addison cannot proceed *in forma pauperis* (IFP) in federal court

absent an allegation that he is in imminent danger of serious physical injury.[1]  Here, Mr. Addison did not plead sufficient facts to allege imminent danger of serious physical injury.

The Court allowed Mr. Addison thirty days to pay the $400 filing fee in order to proceed with this lawsuit.  (#3)  Mr. Addison was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice.  To date, Mr. Addison has failed to pay the filing fee, as required in the Court's June 18, 2015 Order, and the time for doing so has passed.

### III.  Conclusion:

The Court recommends that Mr. Addison's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 18, 2015 Order requiring him to pay the filing fee.

DATED this 24th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" for Mr. Addison: *Addison v. Martin*, et al., E.D. Ark. Case No. 3:15cv1-JM (dismissed Feb. 2, 2015); *Addison v. Muse*, E.D. Ark. Case No. 3:15cv133-JM (dismissed June 2, 2015); *Addison v. Martin*, 3:15cv96-DPM (dismissed June 12, 2015).