IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                    PLAINTIFF

v.                          No. 3:15-cv-174-DPM-BD

JOEY MARTIN, Administrator,
Poinsett County Detention Center                           DEFENDANT

ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Addison's complaint will be dismissed without prejudice for failure to pay the filing fee. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2015