IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                               PLAINTIFF

v.                    No. 3:15-cv-174-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center                      DEFENDANT

JUDGMENT

Addison's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 August 2015*